IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ORILLION USA, INC., D/B/A | § | CASE NO. 03-35867-H3-7 |
| ORILLION PARTNERS, INC. D/B/A | § | (CHAPTER 7) |
| ORILLION LIMITED D/B/A ORILLION | § | |
| CORPORATION, INC. D/BA | § | |
| INVENSYS PARTNERS, INC. D/B/A | § | |
| INVENSYS LIMITED D/B/A INVENSYS | § | |
| CORPORATION, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | |

**MOTION TO REOPEN BANKRUPTCY CASE UNDER § 350
OF THE BANKRUPTCY CODE AND RULE 5010 OF THE FEDERAL
<u>RULES OF CIVIL PROCEDURE</u>**

**Pursuant to Local Rule 9013:**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronald J. Sommers, Chapter 7 Trustee for the above-referenced bankruptcy estate and files this his Motion to Reopen Bankruptcy Case Under § 350 of the Bankruptcy Code and Rule 5010 of the Federal Rules of Civil Procedure and would show the Court the following:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this proceeding pursuant to the provisions of 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. §§ 157(B)(2) and venue of this proceeding in the Southern District of Texas is proper pursuant to 28 U.S.C. § 1409.

## GENERAL BACKGROUND

3. On April 24, 2003, Orillion U.S.A., Inc. ("Debtor") filed a petition under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy").  Ronald J. Sommers was appointed Chapter 7 Trustee for the Bankruptcy estate of the Debtors ("Trustee").

4. The first meeting of creditors was held on May 28, 2003, and the Debtors appeared and testified regarding their schedules and statement of affairs.

5. On May 6, 2003, the Trustee filed his Notice of Assets.

6. On February 12, 008 the Trustee filed Trustee's Notice of Submission of Final Report and Account to US Trustee.

7. On April 7, 2008 the Trustee filed Chapter 7 Trustee's Report of Distribution.

8. April 29, 2008 the Final Decree was entered thereby closing the bankruptcy case.

**MOTION TO REOPEN**

9. Section 350(b) of the Bankruptcy Code provides that, "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

10. On August 5, 2009 the Trustee spoke with a representative of the Keane Organization, Inc. stating that they had located in excess of $18,000 that belonged to the Estate. The Trustee must disburse these monies to the appropriate creditors. At this time, it appears that the money will provide a pro rata distribution to priority unsecured creditors.

11. The Trustee requests this court reopen the Bankruptcy case to administer assets and reappoint him as Chapter 7 Trustee.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that the Court grant this Motion and the relief requested herein and that the Trustee be granted such other and further relief to which he may be justly entitled.

                Respectfully submitted,

                By: */s/ Ronald J. Sommers*
                    Ronald J. Sommers
                    State Bar No. 18842500
                    2800 Post Oak Blvd., 61st Floor
                    Houston, Texas 77056
                    (713) 960-0303–Phone
                    (713) 892-4800–Facsimile

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the Motion to Reopen Bankruptcy Case Under § 350 of the Bankruptcy Code and Rule 5010 of the Federal Rules of Civil Procedure has been served on the parties listed on the attached service list, by U.S. mail, first class, postage prepaid, on the 5th day of August, 2009.

                                      */s/ Ronald J. Sommers*
                                      Ronald J. Sommers

## Service List

**Debtor**
Orillion USA Inc
6925 Portwest Drive Suite 110
Houston, TX 77024

**Debtor's Attorney**
David S Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5007

**U.S. Trustee**
Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

### Creditors

320 South Boston, Inc.
320 S. Boston, Suite 1130
Tulsa, OK 74103

600 Flight Corporation
740 Marchmont
Houston, TX 77024

ADT Security Services
P.O. Box 371956
Pittsburgh, PA 15250-7992

American Express
Suite 0001
Chicago, IL 60679-0001

American United Life Insurance
5438 Reliable Parkway
Chicago, IL 60686-0053

Anderson, Kristin W.
8003 Woodway, Apt. 102
Houston, TX 77063

Apple Courier Inc.
1406 Waverly
Houston, TX 77008

Aronson, Jennifer M.
5502 Blossom Street
Houston, TX 77007

Ashworth, Judith O.
8208 Foxhound Trail
Austin, TX 78729

Baker Botts LLP
910 Louisiana
Houston, TX 77002

CNA Surety
P.O. Box 5176
Sioux Falls, SD 57117-5176

CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197-4349

Cananwill, Inc
P.O. Box 4795
Carol Stream, IL 60197-4795

Cingular Wireless
P.O. Box 650574
Dallas, TX

Cleveland, Allen
33 Wynden Oaks Drive
Houston, TX 77056

ComCARE Alliance
888 17th Street, Suite 1200
Washington, DC 20006

Communication Consulting
Services, LLC
5425 Gillette Avenue
Tulsa, OK 74105

Communications Consulting LLC
5425 S. Gillette
Tulsa, OK 74105

Corporate Houston Car Service
P.O. Box 70190
Houston, TX 77270-0190

Delaware Secretary of State
Division of Corporations
P.O. Box 74072
Baltimore, MD 21274-4072

Dice Corporation
1410 S. Valley Center Drive
Bay City, MI 48706

EYT
14100 Park Meadow Dr., Ste 100
Chantilly, VA 20151

Earthlink Inc.
1375 Peachtree Street
Atlanta, GA 30309-3173

Edwards, Dan P.
19144 Rocky Creed Terrace
Lansdowne, VA 20176

Eiko McGregor
4611 Turf Valley Drive
Houston, TX 77084

Federal Express Corporation
P.O. Box 1140
Memphis, TN 38101-1140

Federal Reserve Atlanta
Atlanta, GA

First Community Bank N.A.
P.O. Box 752289
Houston, TX 77275-2289

Fleet Leasing Corporation
Lease Administration Center
P.O. Box 371992
Pittsburgh, PA 15250-7992

Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5007

Gast, Daniel J.
318 Magic Oaks Ct.
Spring, TX 77388

GeoDecisions
207 Senate Avenue
Camp Hill, PA 17011

Ghosh, Abhijit
8326 N. Vandiver Road
San Antonio, TX 78209

Grummons, Loren T.
4709 Evergreen
Bellaire, TX 77401

Hobbs, Brian C.
11580 Cedarcliffe Drive
Austin, TX 78750

Imagistics
P.O. Box 856210
Louisville, KY 40285-6210

Kuklewski, Glenn
6007 Rainmaker
San Antonio, TX 78238

Lexis Nexis
P.O. Box 2861
Springfield, IL 62708-2861

Lindsey, Ben
1802 Moston
Spring, TX 77386

Lindsey, Terry P.
17 Starviolet Street
The Woodlands, TX 77380-0957

MCI WorldCom Network Svcs
Procurement Dept. 0668/117
2424 Garden of the Gods Road
Colorado Springs, CO 80919

Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA 19101-3694

McGregor, Eiko M.
4611 Turf Valley Drive
Houston, TX 77084

MetLife
MetLife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466

Mita, Shizuka
2727 Elmside #435
Houston, TX 77042

NFTC Capital Corporation
P.O. Box 676008
Dallas, TX 75267-6008

Newkong, Inc.
350 E. 54th, #1H
New York, NY 10022

Nextel
P.O. Box 54977
Los Angeles, CA 90054-0977

Nextira One, LLC
21398 Network Place
Chicago, IL 60673-1213

Northern Shenandoah Valley
Regional Comm
103 East 6th Street
Front Royal, VA 22630

Optimus Corporation
8601 Goergia Avenue, Suite 100
Silver Spring, MD 20910

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285-6460

PriceWaterhouseCoopers
P.O.Box 676384
Dallas, TX 75267-6384

Qwest
Business Service
P.O. Box 856169
Louisville, KY 40285-6169

Qwest Communications
Corporation
1801 California Street
Denver, CO 80202

SOHO Landmark Associates, LP
Transwestern Comm. Services
1900 West Loop South, #1300
Houston, TX 77027

SPRINT
P.O. Box 660092
Dallas, TX 75266-0062

Samuel, Julian
1385 Arlington
Houston, TX 77008

Sellers, Jerry R.
740 Marchmont
Houston, TX 77024

| | | |
|---|---|---|
| Sellers, Maura<br>740 Marchmont Drive<br>Houston, TX 77024 | Semler, Dennis (Tulsa County Treasurer)<br>P.O. Box 21017<br>Tulsa, OK 74121-1017 | Southeastern Management Company<br>207 East Side Square<br>Huntsville, AL 35801 |
| Southwestern Bell 4706<br>P.O. Box 4706<br>Houston, TX 77210-4706 | Southwestern Bell 4844<br>P.O. Box 4844<br>Houston, TX 77097-0079 | Southwestern Bell 4845<br>P.O. Box 4845<br>Houston, TX 77097-0080 |
| Sparklets<br>Danone Waters of North America<br>P.O. Box 515326<br>Los Angeles, CA 90051-6626 | Stone, Nicole P.<br>7722 South Fulton Plaza<br>Tulsa, OK 74136 | Svensson, Peter<br>4620 Norwood Drive<br>Chevy Chase, MD 77056 |
| Tejas Office Products, Inc.<br>1225 W. 20th Street<br>Houston, TX 77008 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78753-0001 | Thang, Lu<br>304 Tall Timbers Way<br>Friendswood, TX 77546 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | Tindall & Foster, P.C.<br>600 Travis, Suite 2800<br>Houston, TX 77002-3094 | Twin Towers<br>1106 Clayton Lane, Suite 201E<br>Austin, TX 78723 |
| Unishippers<br>P.O. Box 690305<br>Houston, TX 77269 | Wells Fargo Finan. Leasing, Inc.<br>P.O. Box 98789<br>Las Vegas, NV 89193 | WorldCom (Uunet)<br>P.O. Box 85080<br>Richmond, VA 23285-4100 |
| WorldCom Network Servics, Inc.<br>Attn: Colleen Deasy<br>1133 19th Street N.W.<br>Washington, DC 20006-3606 | Yalamanchi, Padmaja<br>12907 Fernmill Court<br>Houston, TX 77041 | Yalamanchi, Prasad<br>12907 Fernmill Court<br>Houston, TX 77041 |
| Yalamancy, Prasad<br>12907 Fernmill Court<br>Houston, TX 77041 | Young, John P.<br>4520 Casewell Avenue<br>Austin, TX 78751-4032 | Zero G Software, Inc.<br>514 Bryant Street<br>San Francisco, CA 94107 |
| Government of Japan<br>c/o Ms. Y. Kono,<br>PriceWaterhouseCoopers<br>Zerishi-Hojin ChuoAoyama<br>Kasumigaseki Bldg. 15F<br>Chiyoda-ku, Tokyo 100-6015, **Japan** | Mori, Shojiro<br>c/o Yukou Corporation<br>201, 4-11-20, Youga<br>Setagaya-ku<br>Tokyo, 158, **Japan** | Orillion Corporation Japan<br>IK Building 4th Floor<br>2-30-1 Nihonbashi, Hamacho<br>Chuo-ku, Tokyo, 103-0007 **Japan** |
| Yukou Corporation<br>201, 4-11-20, Youga<br>Setagaya-ku, Tokyo 158<br>**Japan** | Deputy Comm'r of Income Tax<br>14(1)(TDS), 2nd Fl,<br>Aayakar Bhavan - Basheer Bagh<br>Hyderabad 500 029, **India** | |

**Parties Requesting Notice**

John P Dillman
Linebarger Goggan et al
1301 Travis Street, Suite 300
Houston, TX 77002

James William Freyer
Attorney at Law
14200 Gulf Freeway, Suite 101
Houston, TX 77034

Kirk A Kennedy
P.O. Box 75281
Houston, TX 75234

Bruce J Ruzinsky
Jackson Walker LLP
1401 McKinney, Ste 1900
Houston, TX 77010

Brian Douglas Womac
Womac & Associates
820 Gessner, Ste 1540
Houston, TX 77024

Hector Duran
Office of U S Trustee
515 Rusk St., Ste 3516
Houston, TX 77002